UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

COMPLAINANT
RANDALL JONES
V.
PATRICK R. DONAHOE,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE
(WESTERN AREA)
AGENCY

I, Randall Jones was employed as a letter carrier, grade level 7, Iowa City Post office, Iowa 52302 at the time the discrimination complaint took place.

I would like to inform the court that this E.E.O. case and appeal has been judged with no discrimination found on the agency part. E.E.O. case no. 443-2008-00101x and appeal no. 0120-100-859. There is a added claim of discrimination initiated on june24,2009 added on to the original complaint. Claim no. 4E-550-0053-09. For the purpose of determining that I am a person with a disability I would like to point out the following; I was awarded Social Security Disability benefits on Aug. 29,2009 and found disabled on March 24/2008. On April 16, 2010 the office of personal management sent me a letter approving my disability retirement through the post office.

Since on or about August 15, 2007 and continuing to the present, I RANDALL JONES have been subjected to an ongoing and unlawful pattern and practice of discrimination and harassment by agency management officials, which has culminated in reasonably material/tangible adverse employment actions and or has created a hostile work environment for my self on the basis of(1) disability (polyarthritis, degenerative disc disease); and or(2) reprisal for prior EEO activity (i.e., requesting reasonable accommodations under the provisions of Section 501 of the Rehabilitation Act of 1973, 29 U.S.C. & 791 et seq.). Also add my claim of discrimination initiated on June 24, 2009 based on retaliation and harassment (4E-500-0039-07) which was ~ Lu bled consolidated with the first complaint. Examples of the ongoing and unlawful pattern and practice of discrimination, retaliation, and harassment that I Randall jones had been subjected to by agency management officials include, but are not limited to, the following reasonably material/tangible adverse employment actions and/or acts of hostile work environment harassment:

On Jan. 9,2007 I was on FLMA for bilateral knee surgery and was off for 12 weeks. On April 11, 2007 my doctor released me to return to work on limited duty with permanent restrictions. I contacted my supervisor between April 11 and August 2007asking for reasonable accommodations in my own words. At that time I knew nothing about the ADA law or my rights. It was shortly after that when I went through the Iowa vocational rehab that I heard the law about reasonable accommodation and the ADA. At that time I talked to attorneys and informed my rights. I attained attorneys Mahoney and Mahoney attorneys at law. Shortly after that I had a meeting with the postmaster with my attorney being present on the phone. At that time the post master was going to allow me to return to work following my doctors restrictions. My lawyer asked the postmaster to repay me for the loose of wages for April to Aug. because the agency failed to recognize my request to accommodate me. The postmaster said he could not agree to that. My lawyer advised me to walk out of the room and I did. Of course the post office supervisors denied their wrong doing . ( I have included pages of the

investigative report that explains this more clearly.) I would like to inform the court that just before the hearing I had to represent myself in the hearing because I could no longer afford their service.

I would now like to take the time to list the damages and relief I am seeking. My attorney fees to date which is 24,000.00. The finance department charged me 13,093.08 for LWOP status in which I did not request to be put on. Instead I requested reasonable accommodation in which I believe was unfairly determined. Also pay my proven compensatory damages not to exceed 300,00.00 and provide all other relief available under Title VII of the Civil Rights Act of 1964, as amended,42 U.S.C. & 791, ET SEQ., for which I qualifies.

I would like to address the reasons why this court should trial this case. I am requesting a trial by jury.

The postmaster gave two conflicting answers under oath in which needs to be judged to determine the truth of his testimony .

Between April and Aug. of 2007 I requested reasonable accommodation in my own words, in which the post office did not recognize as a reasonable accommodation request or they chose not to. I would also point out that it took the agency 9 mo. To process my request for reasonable accommodation in which was not addressed in the judgment .

For my claim of discrimination initiated on June24,2009 that was added on to my other complaint, I believe was not heard completely or included in the judgement at the hearing.

I would like to ask the court accept this disability discrimination case of reasonable accommodation discrimination, harassment, and retaliation be heard in Federal Civil Court.

Thank you for your time in this matter.

Sincerely ,Randall Jones

1855 49 street, Marion Iowa 52302.

Phone 319-5501616 Cell: 319-6314172

a