IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RANDALL JONES, | ) |
| Plaintiff, | ) No. 11-cv-00027-LRR |
| v. | ) |
| PATRICK R. DONAHOE, Postmaster General, and UNITED STATES POSTAL SERVICE, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and Local Rule 41(a)(2), Plaintiff, Randall Jones, and defendants, Patrick R. Donahoe and the United States Postal Service, stipulate to dismissal of this action,

_____  Jan 12/2013
RANDALL JONES
Plaintiff

SEAN R. BERRY
United States Attorney

By: _____ 1/14/13
STEPHANIE J. WRIGHT
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, IA 52401-1825
Phone: (319) 363-6333
Fax: (319) 363-1990
Stephanie.Wright@usdoj.gov

Certificate of Service

I hereby certify that this document was served on the parties or attorneys of record, shown below, by United States Mail on January 1△, 2013:

UNITED STATES ATTORNEY

By: /s/ [signature]

Randall Jones
1855 49th Street
Marion, IA 52302-3817